# PLEASE IGNORE!!!

# TEST SPONSOR CERTIFICATE TEST!

# PLEASE IGNORE!!!